UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYNN SHIRLEY MORGAN,                     Case No. 08-15027

            Plaintiff,                Lawrence P. Zatkoff
                             United States District Judge

vs.

                             Michael Hluchaniuk
BLUST AND DRISCOLL                       United States Magistrate Judge
HOLDINGS, LLC, *et al.*,

            Defendant.
                                    /

## ORDER GRANTING MOTION TO COMPEL (Dkt. 24)

On July 10, 2009, plaintiff filed a motion to compel defendants to answer written discovery requests. (Dkt. 24). This motion was referred to the undersigned by District Judge Lawrence P. Zatkoff. (Dkt. 25). On July 21, 2009, the Court issued an order requiring, among other things, plaintiff to file a response to the motion by August 4, 2009. (Dkt. 26). In that order, the Court made it clear that "[f]ailure to do so may result in sanctions, including granting all or part of the relief requested by the moving party." *Id*. Defendants have failed to file a timely response to plaintiff's motion.

Based on the foregoing, defendants are **ORDERED** to provide full and complete responses to plaintiff's discovery requests by **August 30, 2009**. Failure

1

to comply with this Order may result in further sanctions, including an award of

attorney fees and costs.  The hearing currently scheduled for August 25, 2009 is

**CANCELLED**.

     **IT IS SO ORDERED**.

     The parties to this action may object to and seek review of this Order, but are

required to file any objections within 10 days of service as provided for in 28

U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2).  A party may not assign as error any

defect in this Order to which timely objection was not made.  Fed.R.Civ.P. 72(a).

Any objections are required to specify the part of the Order to which the party

objects and state the basis of the objection.  Pursuant to Local Rule 72.1(d)(2), any

objection must be served on this Magistrate Judge.

Dated: August 13, 2009

                                    s/Michael Hluchaniuk
                                    Michael Hluchaniuk
                                    United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I certify that on <u>August 13, 2009,</u> I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: <u>Lawrence D. Kohl, Hans J. Massaquoi, Nathaniel Cade, Jr., and Thomas M. Douglas</u>.

<u>s/James P. Peltier</u>
James P.  Peltier
Courtroom Deputy Clerk
U.S. District Court
600 Church St.
Flint, MI 48502
810-341-7850
pete_peltier@mied.uscourts.gov